# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**JOHN CHANTHASIT**

    **Petitioner,**

v.                                                                           Case No. 16-CV-73

**MICHAEL MEISENER,**

    **Respondent.**

## ORDER

The above-captioned case was recently reassigned to me on the consent of the parties. (Docket # 10.) The Honorable J.P. Stadtmueller has already screened the petition in accordance with Rule 4 of the Rules Governing § 2254 Proceedings and set a briefing schedule. (Docket # 6.) I am adopting the briefing schedule set by Judge Stadtmueller in his Rule 4 Order. Thus,

**IT IS ORDERED THAT**, consistent with the Rule 4 Order, the respondent is directed to serve and file an answer, motion, or other response to the petition, complying with Rule 5 of the Rules Governing Habeas Corpus Cases, within **THIRTY** (30) days of the date of the Rule 4 Order (dated February 2, 2016).

**IT IS FURTHER ORDERED THAT** unless the respondent files a dispositive motion in lieu of an answer, the parties shall abide by the following schedule regarding the filing of briefs on the merits of the petitioner's claims:

    1.    The petitioner shall have **SIXTY** (60) days following the filing of the respondent's answer within which to file his brief in support of his petition;

2. The respondent shall have **SIXTY** (60) days following the filing of the petitioner's initial brief within which to file a brief in opposition; and

3. The petitioner shall have **THIRTY** (30) days following the filing of the respondent's opposition brief within which to file a reply brief, if any.

In the event that respondent files a dispositive motion and supporting brief in lieu of an answer, this briefing schedule will be suspended and the briefing schedule will be as follows:

4. The petitioner shall have **THIRTY** (30) days following the filing of the respondent's dispositive motion and supporting initial brief within which to file a brief in opposition;

5. The respondent shall have **FIFTEEN** (15) days following the filing of the petitioner's opposition brief within which to file a reply brief, if any.

Pursuant to Civil L.R. 7(f), the following page limitations apply: briefs in support of or in opposition to the habeas petition or a dispositive motion filed by the respondent must not exceed thirty pages and reply briefs must not exceed fifteen pages, not counting any statements of facts, exhibits, and affidavits.

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall send the petitioner a copy of Habeas Corpus: Answers to State Petitioner's Common Questions.

Dated at Milwaukee, Wisconsin this 22nd day of February, 2016.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge